UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

VIEQUES CONSERVATION AND                  *
HISTORICAL TRUST, INC., ET AL.,           *
                                          *
          Plaintiffs                      *
                                          *
          v.                              *          Civ. No. 97-2905 (PG)
                                          *
CUOMO, ET AL.,                            *
                                          *
          Defendants                      *
                                          *
* * * * * * * * * * * * * * * * * * * * * *

## ORDER

On October 9, 1999, Plaintiffs Vieques Conservation and Historical Trust, Inc. and Carlos

Ventura filed an unopposed motion to consolidate Civ. No. 98-2017 (JAF) with Civ. No. 97-2905 (PG).

(Dkt. 5) On October 27, 1999, Judge José A. Fusté granted Plaintiffs' motion, subject to my approval.

(Dkt. 7)   After familiarizing myself with both cases and ensuring that sufficient similarity exists

between both parties and issues, I assent to the Judge Fusté's grant and direct the clerk to consolidate

the above mentioned cases.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, May _16_, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge