# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

VIEQUES CONSERVATION, ET AL

**Plaintiff(s)**

v.                              CIVIL NUMBER: 97-2905 (JAG)

ANDREW CUOMO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| Date File: 07/11/00<br>Title: Motion to Withdraw as Attorney<br>Docket: 44<br>[ ] Plffs   [x] Defts   [ ] Other | **GRANTED.** |

Date: 10/04/00

JAY A. GARCIA-GREGORY
U.S. District Judge

