UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

VIEQUES CONSERVATION, ET AL

**Plaintiff(s)**

v.  **CIVIL NUMBER:** 97-2905 (JAG)
   98-2017 (JAG)

DALEY, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed**: 11/15/99<br>**Title**: Motion for Leave to File Brief Amicus Curiae (by National Wildlife)<br>**Docket(s)**: 11<br>[ ] Plff(s)   [ ] Dft(s)   [ ] Other | The Court transfers this motion to Civ. No. 97-2905 and same is hereby **GRANTED** as requested. |

Date: November 21, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge

