UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

VIEQUES CONSERVATION, ET AL

    **Plaintiff(s)**

        v.                    CIVIL NUMBER: 97-2905 (JAG)

ANDREW CUOMO, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date File:** 02/06/01<br>**Title:** Motion for Order to Mayor of Vieques to Assign New Legal Counsel in this Case<br>**Docket:** 47<br>[ ] **Plffs**   [x] **Defts**   [ ] **Other** | The court orders attorney Francisco R. González to file a motion requesting leave to withdraw as legal counsel for the Municipality of Vieques. As well, counsel will send a certified copy of the motion to the Mayor of Vieques, Hon. Damaso Serrano, so that the Mayor may begin the process of finding new legal representation. Once the motion requesting leave is filed, the court will grant leave and grant the Municipality a reasonable period to announce its new legal representation. |

**Date:** February 20, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

