
# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

VIEQUES CONSERVATION AND
HISTORICAL TRUST, INC., et al

    Plaintiffs

    v.

ANDREW CUOMO, et al.

    Defendants

CIVIL NO. 97-2905 (JAG)
98-2017 (JAG)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 2-23-01<br>**Title:** Motion to Substitute Attorney Francisco R. Colón for Attorney Arnaldo Baez Genoval.<br>**Docket:** 49-1<br>[ ] Plffs   [X] Defs   [ ] Other | **GRANTED.** |

Date: April 30, 2002

JAY A. GARCIA-GREGORY   FOR:
U.S. District Judge



