UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2002 MAY 20 PM 5: 11
RECEIVED AND FILED

VIEQUES CONSERVATION, ET AL

**Plaintiff(s)**

v.

CIVIL NO.   97-2905 (JAG)
            98-2017 (JAG)

MEL MARTINEZ, Secretary, U.S.
Department of Housing and Urban
Development, et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date File:** 05/13/02<br>**Title:** Joint Motion of Plaintiffs and Federal Defendants for Rescheduling of and Conversion of Pretrial and Settlement Conference to Status Conference<br>**Docket:** 53 | **DENIED.** Parties are expected to strictly comply with the Trial Scheduling Order under penalty of sanctions. |

[ ] Plffs    [ ] Defts    [ ] Other

Date: May 20, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge