UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
**MINUTES OF PROCEEDINGS**:            DATE: MAY 28, 2002

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**        CASE NO.CIV. 97-2905 (JAG)
                                          CIV. 98-2017 (JAG)

===============================================================

| VIEQUES CONSERVATION & HISTORICAL TRUST VS ANDREW CUOMO | Attorneys: JANE BECKER<br>JAMES DOUGHERTY<br><br>ISABEL MUNOZ<br>MILTON RIVERA ADAMS<br>WAYNE HETTENBACK<br>STEVE BARTELL |
|---|---|

   Case called for pretrial settlement conference. Parties inform the Court that they do not expect to go to trial on these cases. Court is informed that the original project has been halted and it seems that the Municipality of Vieques will not continue with the project, that is the sports complex, they are now trying to have it turned into a multi cultural educational center. Therefore the plans have to be changed, new environmental assessment has to be prepared and new documents submitted but there will be no danger to the endangered turtles since the lightning project will not be used.
   Attorney Milton Rivera Adams was granted permission to file a Pro Hac Vice motion to appear in this case and comply with the filing fee. He was also instructed by the Court to immediately commuity with the Mayor of Vieques and find out what his position was going to be as to the use or future construction of the facilities.
   The Court is very interested in finding a solution to these cases and is giving the parties 45 days to submit to the Court a proposed settlement agreement, that is, by July 15, 2002. The settlement negotiations are to start right now and by next Friday May 31, 2002 they have to file a timetable to the Court. By June 20, 2002 they have to file an interim report of the how the negotiations are going.
   The pending discovery motions are moot and the pending summary judgment motions will be resolved by the Court shortly.
   Parties to be notified.

                                        _____
                                        Lily Alicea-Courtroom Deputy