IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

VIEQUES CONSERVATION AND
HISTORICAL TRUST, INC., et al

    Plaintiffs

v.

    CIVIL NO. 97-2905 (JAG)
    98-2017 (JAG)

ANDREW CUOMO, et al.

    Defendants

---

**SCHEDULING ORDER**

As discussed in the pretrial/settlement conference held on May 28, 2002, the trial date of June 24, 2002, is hereby **vacated and set aside.** The parties are reminded that they have until June 20, 2002, to file a settlement status report. If the case is not settled by the July 15, 2002 deadline, then the Court will immediately set a date for trial.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 14th day of June 2002.

JAY A. GARCIA-GREGORY
United States District Judge

s/cs:to (12)
attys/pts
in ICMS

JUN 18 2002