IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

VIEQUES CONSERVATION AND
HISTORICAL TRUST, INC., et al

    Plaintiffs

v.                        CIVIL NO. 97-2905 (JAG)
                             98-2017 (JAG)

ANDREW CUOMO, et al.

    Defendants

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07-19-02<br>**Title:** Settlement status report<br>**Docket:** 64<br>[X] Plffs  [X] Defs<br>[ ] Other | Noted. The parties will have an additional thirty (30) days, until **August 26, 2002**, to file the settlement agreement and the motion for voluntary dismissal. **No further extensions will be granted.** The Court is cognizant of the fact that there is a dispute between the plaintiffs an the municipal co-defendant relative to the attorney fees. This matter shall be resolved by **August 26, 2002**, or the Court will reinstate the trial date immediately. |

Date:    July 24, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge