

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR.
2002 OCT 29 AM 11: 24
RECEIVED AND FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

VIEQUES CONSERVATION AND
HISTORICAL TRUST, INC., et al

    Plaintiffs

v.

                      CIVIL NO. 97-2905 (JAG)
                            98-2017 (JAG)

ANDREW CUOMO, et al.

    Defendants

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10-16-02<br>**Title:** Motion to Request Leave to Withdraw as Legal Counsel<br>**Docket:** 72<br>[ ] Plffs   [X] Defs<br>    [ ] Other | **GRANTED.** The Municipality of Vieques, however, shall have **ten (10) days** as of the entry of this order to appoint new counsel. The Municipality shall have until November 15, 2002, to respond to plaintiffs's motion for attorney fees and costs (Docket No. 71). If the Municipality does not oppose plaintiffs's motion for attorney fees and costs, the same will be deemed unopposed. |

Date: October 28, 2002

                                              JAY A. GARCIA-GREGORY
                                              U.S. District Judge