UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

VIEQUES CONSERVATION ET AL.
    **Plaintiff(s)**

v.                            CIVIL NO. 97-2905 (JAG)

CUOMO
    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 5/31/2002 <br> **Title:** Motion to Appear Pro Hac Vice <br> **Docket(s):** 59 | GRANTED. |

☐ Plaintiffs    ☐ Third Party
X Defendant(s)    ☐ Other

Date: November 15, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge


