## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

VIEQUES CONSERVATION AND
HISTORICAL TRUST, INC., et al

    Plaintiffs

    v.                                     CIVIL NO. 97-2905 (JAG)
                                               98-2017 (JAG)

ANDREW CUOMO, et al.

    Defendants

### ORDER

| MOTION | ORDER |
|---|---|
| **Date Filed:** 3-3-03<br>**Title:** Stipulated Motion to Dismiss<br>**Docket:** 75<br>[X] Plffs  [X] Defs  [ ] Other | **GRANTED.** The Court takes notice of the settlement agreement between plaintiffs and the federal defendants (Docket No. 76) and approves the same. Judgment will enter accordingly. |

Date:  March 6, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge


