IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| VIEQUES CONSERVATION AND HISTORICAL TRUST, Inc.; et al., | |
| Plaintiffs, | |
| v. | CIVIL NO. 97-2905(JAG) |
| | 98-2017(JAG) |
| MARTINEZ, et al., | |
| Defendants. | |

**NOTICE OF APPEAL**

**TO THIS HONORABLE COURT:**

Comes now Vieques Conservation And Historical Trust, Inc. and Carlos Ventura, through their attorneys of record, and allege and pray:

1.  Plaintiff is appealing to the United States Court of Appeals for the First Circuit from the judgment dated March 30, 2004.

**WHEREFORE,** we respectfully request that this Honorable Court take note of the above.

**RESPECTFULLY SUBMITTED.**

_____
Jane Becker-Whitaker
P.O. Box 9023914
San Juan, PR  00902-3914
Tel.: (787) 754-9191
fax: (787) 764-3101

_____
James B. Dougherty
709 3rd St. SW
Washington D.C.  20024
tel.:(202) 488-1140
fax: (202) 484-1789

Counsel for Plaintiffs

No 4

**I HEREBY CERTIFY:** that on this same date a true and exact copy of the foregoing motion was mailed to Wayne Hettanbach, Esq. and Stephen Bartle, U.S. Dept. of Justice, Environment & Natural Resources Division, P.O. Box 7369, Washington, D.C. 20044-7369; Isabel Muñoz-Acosta, Asst. U.S. Attorney, Room 452, Federal Building, Carlós Chardon Ave., Hato Rey, PR 00918; Luis E. Palacios, Esq., 613 Avenida Ponce de Leon, Oficina 107, Edificio Centro de Abogados, Hato Rey, Puerto Rico 00918; Juan Saavedra Castro, Esq. Edficio Banco Popular, Oficina 701, Calle Tetuan 206, San Juan, Puerto Rico 00901; Charles C. Carson, U.S. Department of Justice, Environment and Natural Resources, Benjamin Franklin Station, PO Box 7369, Washington, DC 20044-7369 Milton Rivera-Adames 23 Mayaguez St. San Juan, PR 00917; Charles R. Shockey; U.S. Department of Justice; Environment and Natural Resources, Benjamin Franklin Station, PO Box 7369,Washington, DC 20044-7369;Eileen Sobeck, U.S. Department of Justice, Environment and Natural Resources, Benjamin Franklin Station, PO Box 7369, Washington, DC 20044-7369.

_____
Jane Becker Whitaker