IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

_____

VIEQUES CONSERVATION AND
HISTORICAL TRUST, Inc.; et al.,

    Plaintiffs,
v.                                                                  CIVIL NO.   97-2905(JAG)
                                                                                                                                                                                98-2017(JAG)

MARTINEZ, et al.,

    Defendants.
_____

## MOTION FOR EXTENSION OF TIME

**TO THIS HONORABLE COURT:**

    Comes now Vieques Conservation And Historical Trust, Inc. and Carlos Ventura, through their attorneys of record, and allege and pray:

    1.    We attempted unsuccessfully to communicate with defendants in order to designate the appendix, thus we request until May 20th 2004 to designate the content of the appendix.

    **WHEREFORE,** we respectfully request that this Honorable Court take note of the above.

    **RESPECTFULLY SUBMITTED.**

    In San Juan, Puerto Rico, this May 11, 2004.

S/JAMES B. DOUGHERTY

S/ JANE BECKER WHITAKER     James B. Dougherty
Jane Becker-Whitaker     709 3rd St. SW
P.O. Box 9023914     Washington D.C. 20024
San Juan, PR 00902-3914     tel.:(202) 488-1140
Tel.: (787) 754-9191     fax: (202) 484-1789
fax: (787) 764-3101

Counsel for Plaintiffs

p. 2

**I HEREBY CERTIFY:** that on this same date a true and exact copy of the foregoing motion was mailed to Wayne Hettanbach, Esq. and Stephen Bartle, U.S. Dept. of Justice, Environment & Natural Resources Division, P.O. Box 7369, Washington, D.C. 20044-7369; Isabel Muñoz-Acosta, Asst. U.S. Attorney, Room 452, Federal Building, Carlós Chardon Ave., Hato Rey, PR 00918; Luis E. Palacios, Esq., 613 Avenida Ponce de Leon, Oficina 107, Edificio Centro de Abogados, Hato Rey, Puerto Rico 00918; Juan Saavedra Castro, Esq. Edficio Banco Popular, Oficina 701, Calle Tetuan 206, San Juan, Puerto Rico 00901; Charles C. Carson, U.S. Department of Justice, Environment and Natural Resources, Benjamin Franklin Station, PO Box 7369, Washington, DC 20044-7369 Milton Rivera-Adames 23 Mayaguez St. San Juan, PR 00917; Charles R. Shockey; U.S. Department of Justice; Environment and Natural Resources, Benjamin Franklin Station, PO Box 7369,Washington, DC 20044-7369;Eileen Sobeck, U.S. Department of Justice, Environment and Natural Resources, Benjamin Franklin Station, PO Box 7369, Washington, DC 20044-7369.

<u>S/ JANE BECKER WHITAKER</u>
Jane Becker Whitaker