# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
### Transmittal of Record to the Court of Appeals

**DATE:** May 27, 2004

**DC #:** 97-2905 (JAG)

**APPEAL FEE PAID:** YES _X_  NO ___

**CASE CAPTION:** Vieques Conservation & Historical Trust   v.   Andrew Cuomo

**IN FORMA PAUPERIS:** YES ___  NO _X_

**MOTIONS PENDING:** YES ___  NO _X_

**NOTICE OF APPEAL FILED BY:** Plaintiffs

**APPEAL FROM:** Opinion and Order entered on 03/30/04

**SPECIAL COMMENTS:** Original documents in file folders

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

| DOCUMENTS: | VOLUMES: |
|---|---|
| **Docket Entries 1-30** | I |
| **Docket Entry 19 only** | II |
| **Docket Entry 20 only** | III |
| **Docket Entries 31-82** | IV |

I HEREBY certify that the enclosed documents contained herein are the original pleadings as described in the annexed index and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____
s/c: CM/ECF Parties, Docket Clerk, Appeals Clerk